Ms. Felicia C. Cannon

4.25.16

FILED ___ ENTERED
LOGGED ___ RECEIVED
APR 28 2016
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

TDC-16-1269

I am filing a law-suit against the Baltimore City States Attorney office, Kevin Wilson States Attorney and the Enturnal affairs for Baltimore City MD. for One Million Dollars (1,000,000.), for wrongfull endangerment and wrongfull enprisionment, and pain and suffering.

Reasons for this law-suit are in the letter enclosed.

I am filing this law-suit pro-se and need the proper papers - forms to file.

Can you please send me all the forms I need to file this law-suit Pro Se, I am a indigent inmate.

Thank you for your help and time in this matter.

Christopher Wilson #434998
18601 Roxbury Rd. MCI-H
Hagerstown, Md. 21746

In the end of 2009 I entered into a contract with the Baltimore City States Attorney office to help myself on some charges I was arrested on. Kevin Wilson of the Baltimore City States Attorney office was the States Attorney in charge of this agreement. Part of the contract was to help the States Attorneys office catch a dirty cop. Also part of the contract was that I would not be put in any forseeable danger. That I would not be asked to do anything thing that would put me in knowing danger.

Once I did all I could do, everyone agreed that even though the cop was not arrested, I had done more than enough to meet my part of the agreement. So Kevin Wilson of the States Attorney took me back infront of Judge Howard of Baltimore City Circuit Court. I was given 5 years probation, with a 15 year subspended sentence.

Within a week later I was

arrested for voilation of probation. It seemed that Kevin Wilson had changed his mind. Kevin Wilson knew before hand that I could not expose the dirty cop without exposing myself. The people that I had snitched on were very voilant and he (Kevin Wilson) knew that. And the cop was their cop. This cop was on these guys pay roll. If I exposed the cop the people I had snitched on would know it was me who was snitching and they would kill me. I told Kevin Wilson this but he did not care. He wanted what he wanted, no matter the risk. Kevin Wilson told me to do what he told me or go to prison. So I did what he told me to do. The dirty cop was arrested. About two (2) weeks later I was shot 4 times. When I was shot, one of the two guys who shot me told me that Tony & Butter, (the guys who I had snitched on), said "stop snitching".

The guys I had been snitching on found out that I was the one snitching through the cop I

had set up.

I told Kevin Wilson and the I.A.D. and D.E.A. officers the name of the two guys who shot me and where they lived. I was face to face with them when they shot me. Kevin Wilson would not arrest either one. I told Kevin Wilson I would sue him for what he did and he told me to leave it alone or I would find myself back in jail.

The two (2) guys who shot me were also threating me with my family. They told me, "if I said anything to the police that they would kill my kids"

I was forced by the States Attorney office and the two guys who shot me to keep ~~was~~ quit. So I did.

Now all my kids have moved away and I'm in prison for the probation Kevin Wilson gave me. The two guys who shot me are

still free and Kevin Wilson is now a district court Judge, and I'm in prison with two (2) bullets still in me.

I was threatin with my kids life and prison time to keep quite.

I can prove everything I'm saying, with the contract that was made, my arrest, and there is a D.E.A agent will back up my story.

I am now placing a law-suit for One Million Dollars (1,000,000), on the Baltimore City States Attorney Office, Inturnal Affairs Office.

Can you please send me all paper work and forms I need to file this law-suit.

Thank you.

Christopher Wilson #434998
18601 Roxbury Rd, MCI-H
Hagerstown, MD. 21746